IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M.G., L.J., AND F.C.,

    Plaintiffs,

v.                                          13-CV-00023 – KG/LFG

DAVID C. YOUNG,
ROBERT T. SMITH,
JOSEPH R. HUDSON,
MICHAEL CALLAWAY,
RAYMOND D. SCHULTZ,
in their individual capacities and
THE CITY OF ALBUQUERQUE,

    Defendants.

## ORDER ALLOWING LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER having come before the Court on Plaintiffs' First Amended Motion for Leave to File First Amended Complaint pursuant to FED. R. CIV. P. 15(a)(2), and this Court being well advised of the premises.

IT IS HEREBY ORDERED that leave is granted and Plaintiffs may file their First Amended Complaint for Civil Rights Violations, Tort Claims, Damages, and Injunctive Relief.

                                                      */s/ Kenneth J. Gonzales*
                                                      UNITED STATES DISTRICT JUDGE

Respectfully submitted and approved,

**MUCCI LAW FIRM**

*/s/ Thomas J. Budd Mucci*
Thomas J. Budd Mucci
504  14th St NW
Albuquerque, NM 87104
(505) 247-2211
(505) 217-1061 fax
muccilawfirm@gmail.com
*Counsel for PlaintiffsM.G., L.J. and F.C.*
And
**BRUSUELAS & ASSOCIATES, PC**
*Electronically signed*

By:  */s/ Kimberly Brusuelas*
Kimberly Brusuelas, Esq.
1015 5th Street NW
Albuquerque, NM 87102
(505) 247-9333
(505) 247-9292 fax
kim@fifthstreetlaw.com
*Counsel for Plaintiff M.C.*
Approved By:

*Approved via Email*
Luis Robles, Esq.
Robles, Rael & Anaya, P.C.
500 Marquette Ave. NW,  Suite 700
Albuquerque, New Mexico  87102
(505) 242-2228 telephone
(505) 242-1106 facsimile
luis@roblesrael.com

*Approved Via Email*
Kathryn Levy, Esq.
City of Albuquerque Legal Department
1 Civic Plaza NW Fl 4 #4072
Albuquerque, NM 87102
(505) 768-4500, (505) 768-8452 fax
klevy@cabq.gov